1  W. SCOTT QUINLAN, #101269
   Attorney at Law
2  2333 Merced Street
   Fresno, CA 93721
3  (559) 442-0634
   (559) 233-6947
4

5  Attorney for Defendants

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                              * * * * *

11 UNITED STATES OF AMERICA,        )   Case No. 1:11-cr-0378 GSA
                                    )
12           Plaintiff,              )
                                    )
13 vs.                              )   **STIPULATION AND**
                                    )   **ORDER TO CONSOLIDATE CASES**
14                                  )
   JAMES BOARDMAN,                  )
15                                  )
                                    )   Courtroom:   7
16           Defendant.             )   Honorable Sheila K. Oberto
                                    )
17                                  )
   UNITED STATES OF AMERICA,        )   Case No. 1:11-cr-0377 GSA
18                                  )
             Plaintiff,             )
19                                  )
   vs.                              )   **STIPULATION AND**
20                                  )   **ORDER TO CONSOLIDATE CASES**
                                    )
21 STEVEN BOARDMAN,                 )
                                    )
22                                  )   Courtroom:   7
             Defendant.             )   Honorable Sheila K. Oberto
23

24        IT IS HEREBY STIPULATED by and between Steve Boardman and James Boardman on

25 the one hand, and the United States of America, on the other, through their respective attorneys

26 that the case of Steve Boardman shall be consolidated for all purposes with the case of James

27 Boardman.

28 ///

There is good cause for this stipulation because each of their cases arises from the same events and each of their cases is scheduled for Jury trial on February 22, 2012 at 8:30 a.m. before the Honorable Magistrate Sheila K. Oberto, Magistrate of the United Stated District Court for the Eastern District of California, Fresno Division.

Dated:   December 2, 2011                             /s/ W. Scott Quinlan
                                                      W. Scott Quinlan, Attorney for
                                                      Defendant, JAMES BOARDMAN

Dated:   December 2, 2011                             /s/ W. Scott Quinlan
                                                      W. Scott Quinlan, Attorney for
                                                      Defendant, STEVEN BOARDMAN

Dated:   December 2, 2011                             /s/ Yashar Nilchian
                                                      Yashar Nilchian, Special Assistant
                                                      United States Attorney

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the case of United States of America v. Steven Boardman, Case No. 1:11-cr-00377 GSA is consolidated for all purposes with the case of United States of America v. James Boardman, Case No. 1:11-cr-00378 GSA.  All further documents shall bear the Case No. 1:11-cr-00377 GSA and the parties shall file all further documents on the docket in Case No. 1:11-cr-00377 GSA.

IT IS SO ORDERED.

**Dated:   December 5, 2011**                         /s/ Sheila K. Oberto
                                                      UNITED STATES MAGISTRATE JUDGE