1  W. SCOTT QUINLAN, #101269
   Attorney at Law
2  2333 Merced Street
   Fresno, CA 93721
3  (559) 442-0634
   (559) 233-6947
4

5  Attorney for Defendants

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                               * * * * *

11  UNITED STATES OF AMERICA,        )   Case No.  CR-11-0378 SKO
                                     )
12                Plaintiff,         )
                                     )
13  vs.                              )   **STIPULATION AND**
                                     )   **ORDER TO SET MATTER ON**
14                                   )   **CALENDAR FOR CHANGE OF PLEA**
    JAMES BOARDMAN and               )   **ON JANUARY 19, 2012 AT 9:00 A.M.**
15                                   )
                                     )   Court Room:  8
16                Defendant.         )   Honorable Barbara A. McAuliffe

17  UNITED STATES OF AMERICA,        )   Case No.  CR-11-0377 SKO
                                     )
18                Plaintiff,         )
                                     )
19  vs.                              )   **STIPULATION AND**
                                     )   **ORDER TO SET MATTER ON**
20                                   )   **CALENDAR FOR CHANGE OF PLEA**
                                     )   **ON JANUARY 19, 2012 AT 9:00 A.M.**
21  STEVEN BOARDMAN                  )
                                     )
22                                   )   Court Room:  8
                  Defendant.         )   Honorable Barbara A. McAuliffe
23

24        Defendants Steve Boardman and James Boardman, by and through their attorney, W.

25  Scott Quinlan,  and the United States of America, by and through its attorneys, Benjamin B.

26  Wagner, United States Attorney, and Yashar Nilchian, Special Assistant United States Attorney,

27  hereby stipulate to set the above-captioned matters for a change of plea on January 19, 2012 at

28  9:00 a.m in Court Room 8 of the above-captioned Court.

1   THERE IS GOOD CAUSE for this stipulation in that the parties have previously cleared

2   this date with the Court and their respective calendars.

3

4   Dated:   January   13, 2012                          /s/ W. Scott Quinlan
                                                         W. Scott Quinlan, Attorney for
5                                                        Defendant, JAMES BOARDMAN

6

7   Dated:   January 13, 2012                            /s/ W. Scott Quinlan
                                                         W. Scott Quinlan, Attorney for
8                                                        Defendant, STEVEN BOARDMAN

9

10

    Dated:   January 13, 2012                            /s/ Yashar Nilchian
11                                                       Yashar Nilchian, Special Assistant
                                                         United States Attorney
12
                                        **ORDER**
13
        Having read and considered the foregoing stipulation, IT IS THE ORDER of this Court
14
    that the above-captioned matters shall be set for a change of plea on January 19, 2012 at 9:00 a.m
15
    in Court Room 8 of the above-captioned court.
16

17
        IT IS SO ORDERED.
18
    **Dated:   January 17, 2012**                        **/s/ Barbara A. McAuliffe**
19                                                       UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2